October 30, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

METROPOLITAN TRANSIT AUTHORITY, Appellant

NO. 14-13-00381-CV                    V.

CALVIN MCCHRISTIAN, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Calvin McChristian, signed March 11, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Metropolitan Transit Authority, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.